**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **LEONARD WILLIAM WILLIS, JR.** | **Case No. 5:09-CR-00067** |

## ORDER ON MOTION FOR CONTINUANCE

The Defendant has moved the Court to continue the trial of this case. Defendant was on June 10, 2009, in the Middle District of Florida and consented to a transfer of his case on 14, 2009.  Counsel for Defendant seeks a continuance as she was involved in an accident on November 7, 2009, and has not returned to work since that date due to a head injury.

The Court finds it in the interest of justice to allow a continuance so that Counsel for Defendant may have time to recover from her injuries and confer with Defendant.  These considerations outweigh the interests of Defendant and the public in a speedy trial.

Accordingly, the Motion for Continuance is hereby GRANTED, and it is hereby ordered this case shall be continued until the Court's next trial term.  The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED, this 25th day of November, 2009.

*s/  Hugh Lawson*
HUGH LAWSON